**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter ___ **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Tango Transport, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Tango Transport, Inc.** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-8566039** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2933 BelClaire Drive**<br>**Frisco, TX 75034**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Collin**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Tango Transport, LLC**                                         Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attached List of Related Debtors** | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **Tango Transport, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Tango Transport, LLC**
_____   Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 6, 2016**
                           MM / DD / YYYY

**X** /s/ B. J. Gorman                                  **B. J. Gorman**
_____       _____
Signature of authorized representative of debtor        Printed name

                    **President of Gorman Group, Inc., Sole**
Title   **Member of the Debtor**
_____

**18. Signature of attorney**

**X** /s/ Keith W. Harvey                              Date **April 6, 2016**
_____                    MM / DD / YYYY
Signature of attorney for debtor

**Keith W. Harvey**
_____
Printed name

**The Harvey Law Firm, P.C.**
_____
Firm name

**6510 Abrams Road**
**Suite 280**
**Dallas, TX 75231**
_____
Number, Street, City, State & ZIP Code

Contact phone   **972-243-3960**        Email address   **harvey@keithharveylaw.com**

**09180100**
_____
Bar number and State

## United States Bankruptcy Court
### Northern District of Texas

In re   **Tango Transport, LLC**
                 Debtor(s)

Case No.
Chapter   **11**

### Name of Debtor

1.   **Gorman Group, Inc.**

2.   **Tango Truck Services, LLC**

3.   **Tango Logistx, LLC**

4.   **GMGO, LLC**

5.   **Tango Enterprises, Inc.**

6.   **Cango, Inc.**

7.   **Tango Leasing Corp.**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tango Transport, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| APPLIED UNDERWRITERS C/O MICHAEL BREUM 10805 OLD MILL RD OMAHA, NE 68154 | | | | | | $2,800,000.00 |
| ATTIC RRG JOHN C. BENTZ (J.C.) 111 N. HIGGINS AVE. STE 300A MISSOULA, MT 59802 | | | | | | $2,000,000.00 |
| BLUE CROSS CLAIMS - ACCOUNTING BARB BEHN 515 FALL WINDS DALLAS, TX 75265 | | | | | | $263,381.53 |
| BOWMAN TRAILER LEASING STACEY MILLER PO BOX 433 WILLIAMSPORT, MD 21795 | | | | | | $2,000,000.00 |
| BRIAN TOLLEY 829 DETROIT AVE. NEDERLAND, TX 77627 | | | | | | $264,393.00 |
| CAT FINANCIAL CAPITAL SOLUTIONS TOM CHER PO BOX 905010 CHARLOTTE, NC 28290 | | | | | | $400,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Tango Transport, LLC**
       Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| COBBS, ALLEN & HALL OF LA MIKE KNOTTS 2250 HOSPITAL DRIVE BOSSIER CITY, LA 71111 | | | | | | $65,993.61 |
| FLEET CHARGE - LOCKBOX #930895 PAMELA WI 2001 NE 46TH ST KANSAS CITY, MO 64116 | | | | | | $77,971.64 |
| FLEET EQUIPMENT LEASING 2505 FARRISVIEW BLVD MEMPHIS, TN 38118 | | | | | | $1,400,000.00 |
| GE CAPITAL Timothy Moore P.O. BOX 536447 ATLANTA, GA 30353 | | | | | | $1,800,000.00 |
| MERCEDES-BENZ FINANCIAL SERVICES MARTIN P O BOX 5261 CAROL STREAM, IL 60197 | | | | | | $500,000.00 |
| MHC FINANCIAL SERVICES INC VIC ALMERIDO P.O. BOX 412582 KANSAS CITY, MO 64141 | | | | | | $500,000.00 |
| MICHELIN NORTH AMERICA, INC. STACY GARRE PO BOX 100860 ATLANTA, GA 30384 | | | | | | $545,349.66 |
| NAVISTAR LEASING PO BOX 98454 CHICAGO, IL 60693 | | | | | | $15,000,000.00 |
| PACCAR FINANCIAL CORP JOEL PARMER PO BOX 530491 ATLANTA, GA 30353 | | | | | | $2,400,000.00 |

Debtor   **Tango Transport, LLC**
_____
            Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PILOT CORPORATION ATTN: CREDIT DEP DOROT 5500 LONAS RD KNOXVILLE, TN 37909 | | | | | | $379,482.36 |
| REBECCA STACEY 306 N PERRIN PLAIN DEALING, LA 71064 | | | | | | $610,000.00 |
| ROBERTS,CUNNING HAM,& STRIPLING Newt Cunn PO BOX 25044 DALLAS, TX 75225 | | | | | | $75,454.24 |
| SCOPELITIS, GARVIN, LIGHT, HANSON JOHN T 10 WEST MARKET, INDIANAPOLIS, IN 46204 | | | | | | $90,962.27 |
| ZURICH NORTH AMERICA 8734 PAYSPHERE CRCLE CHICAGO, IL 60674 | | | | | | $170,249.21 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Revised 12/1/2009

LBR Appendix 1007-b-6

## United States Bankruptcy Court
### Eastern District of Texas

In re   **Tango Transport, LLC**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of Gorman Group, Inc., Sole Member of the Debtor of the corporation named as

the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best

of my knowledge.

Date:   **April 6, 2016**

**/s/ B. J. Gorman**

**B. J. Gorman/President of Gorman Group, Inc., Sole Member of the Debtor**
Signer/Title

A-1 WRECKER & DIESEL
1408 THOMPSON
WEST MEMPHIS, AR 72301

A-1 WRECKER SERVICES,LLC
1408 THOMPSON
WEST MEMPHIS, AR 72301

A.J. PRICE, INC.
724 MAIN ST
MINDEN, LA 71055

ACADIANA TRUCK & TRAILER
PO BOX 468
EUNICE, LA 70535

ACE CAB L.L.C.
P.O. BOX 38575
SHREVEPORT, LA 71133

ADAPT, INC
216 MEMPHIS ST.
BOGALUSA, LA 70427

ADD ON SYSTEMS INC.
100 N.W. 63RD STREET
OKLAHOMA CITY, OK 73116

ADEQ
5301 NORTHSHORE DR
NORTH LITTLE ROCK, AR 72118

ADVANCED ONSITE SERVICES LLC
4170 PARDUE RD
PINEVILLE, LA 71360

AFFORDABLE TOWING
4750 SCENIC AVE
BOLIVAR, MO 65613

AKERS TOWING, LLC GLORIA C AKERS
715 DALLAS DRIVE
DENTON, TX 76205

ALEXANDER ROAD SERVICE LARRY G ALEXANDER
P.O. BOX 1061
VAN, TX 75790

ALFA INSURANCE
2108 E. SOUTH BLVD
PO BOX 11000
MONTGOMERY, AL 36191

ALL CITY TRAILER REPAIR LP
2225 HINTON DR
IRVING, TX 75061

ALL THE FACTS / JOHN SHIDLER JOHN SHIDLE
P.O. BOX 5788
SHREVEPORT, LA 71135

ALLEGRA MARKETING Tina
1115 PIERREMONT ROAD
SHREVEPORT, LA 71106

ALLIED INTERSTATE LLC ASO ZURICH AM INS
2290 AGATE CT UNITA1
SIMI VALLEY, CA 93065

AMBEST, INC - CORPORATE BILLING
PO BOX 1000
DEPT 959
MEMPHIS, TN 38148

AMERICAN EXPRESS - ***0-51002
PO BOX 650448
DALLAS, TX 75265

AMERICAN EXPRESS - ***0-59002
PO BOX 650448
DALLAS, TX 75265

AMERICAN PRIDE, LLC REGGIE CASTLEBERRY
14335 WARDLINE RD
BOGALUSA, LA 70427

AMERICAN SALES AND SERVICES, INC.
P.O. BOX 61610
SAN ANGELO, TX 76906

AMERICAN TOWING OF RUSTON/JONESBORO
300 ROUGH EDGE ROAD
RUSTON, LA 71270

AMERICAS SECURITY ESCORT SERVICE TRINA H
P.O. BOX 232
BERWICK, LA 70342

ANGELA DAVIS
2805 W COLLIN ST
CORSICANA, TX 75110

ANTOON MEDICAL CLINIC
218 CHURCH STREET
STAMPS, AR 71860

AOL LLC GENERAL POST OFFICE
P.O. BOX 5696
NEW YORK, NY 10087

APPLIED UNDERWRITERS C/O MICHAEL BREUM
10805 OLD MILL RD
OMAHA, NE 68154

ARK-LA-TEX COMMUNICATIONS, INC
417 WATTS ROAD
SHREVEPORT, LA 71106

ARK-LA-TEX WASTE OIL INC.
3801 MCCOY DRIVE
BOSSIER CITY, LA 71111

ARKANSAS ONSITE SERVICE, INC.
18100 INTERSTATE 30
BENTON, AR 72015

ARROW WRECKER SERVICE, INC.
700 N. VILLA AVENUE
OKLAHOMA CITY, OK 73107

ASHLEY'S TRUCK REPAIR
1414 GISH LANE
TYLER, TX 75707

AT&T
PO BOX 105262
ATLANTA, GA 30348

ATKINSON TOWING & RECOVERY
2208 ATKINSON DRIVE
LUFKIN, TX 75901

ATOMIC AUTO CRUSHERS & PARTS INC BILLING
5301 2ND AVE.
DALLAS, TX 75210

ATTIC RRG JOHN C. BENTZ (J.C.)
111 N. HIGGINS AVE.
STE 300A
MISSOULA, MT 59802

AUTO DIESEL CORRAL
3791 IH-30E
SULPHUR SPRINGS, TX 75482

AUTOPHONE TINA GUTIERREZ
PO BOX 2218
LAREDO, TX 78044

B & L SCALES BUDDY HOLMES
3586 S FM 2869
HAWKINS, TX 75765

B & L TOWING & ROADSIDE REPAIR
PO BOX 1411
SILOAM SPRINGS, AR 72761

BELL'S TOWING SERVICE, INC
330 PORTERS CHAPEL
VICKSBURG, MS 39180

BENITO DELALUZ
1803 HIGHLAND
SHREVEPORT, LA 71101

BEST TARPS INC. JENNIFER
3953 SOUTHLAND DRIVE
WEST MEMPHIS, AR 72301

BEST WESTERN OF MINDEN
1411 SIBLEY ROAD
MINDEN, LA 71055

BEST-WADE PETROLEUM,INC. Robert Stone
PO BOX 588
RIPLEY, TN 38063

BIG RIVER DOOR, INC
P.O. BOX 1805
WEST MEMPHIS, AR 72303

BLUE CROSS CLAIMS - ACCOUNTING BARB BEHN
515 FALL WINDS
DALLAS, TX 75265

BLUE HILL WRECKER AND TOWING
14815 MACARTHUR DR
N LITTLE ROCK, AR 72211

BOB PARKER SERVICE CENTER, INC.
1874 SOUTH HIGHLAND
JACKSON, TN 38301

BOISE TRUCKING OPERATIONS
PO BOX 741109
ATLANTA, GA 30374

BOSSELMAN ENERGY, INC. - BOSS SHOP C/O C
PO BOX 1000
DEPT 959
MEMPHIS, TN 38148

BOWMAN TRAILER LEASING STACEY MILLER
PO BOX 433
WILLIAMSPORT, MD 21795

BRADLEY MUCHISON KELLY & SHEA LLC
401 EDWARDS ST
STE #1000
SHREVEPORT, LA 71101

BRIAN TOLLEY
829 DETROIT AVE.
NEDERLAND, TX 77627

BROTHER'S & SON'S LANDSCAPING Sid Eudy
215 RIVERTRACE DR
MARION, AR 72364

BROWN CRYSLER DODGE JEEP LLC
1226 HOMER ROAD
MINDEN, LA 71055

BULKEY TRUCKING
5889 IH 30 W
BRASHEAR, TX 75420

BUMPER TO BUMPER #175
5814 GREENWOOD RD
SHREVEPORT, LA 71119

BUMPER TO BUMPER CBO #168
213 EAST UNION
MINDEN, LA 71055

BUSH & RAMIREZ, LLC SHARON PRINE
5615 KIRBY DR
HOUSTON, TX 77005

BUSINESS EQUIPMENT CENTER, INC.
2991 DIRECTORS ROW
MEMPHIS, TN 38131

BYPASS DIESEL AND WRECKER SVC
PO BOX 1064
NASHVILLE, AR 71852

C & K WRECKER SERVICES, INC.
2711 NO. K ST.
FT. SMITH, AR 72901

CALIFORNIA CASUALTY ATTN: ANGELA JENKINS
PO BOX 39700
COLORADO SPRINGS, CO 80949

CAPACITY OF TEXAS Nicole Garrett
401 CAPACITY DRIVE
LONGVIEW, TX 75604

CARMEN SCHOOLER
9015 HANLEY DR.
DAYTON, OH 45414

CAT FINANCIAL CAPITAL SOLUTIONS TOM CHER
PO BOX 905010
CHARLOTTE, NC 28290

CBS HOME EXPRESS LLC
P.O. BOX 491
COUSHATTA, LA 71019

CCP INDUSTRIES INC. Barbara Truscelli
P.O. BOX 73627
CLEVELAND, OH 44193

CENTRAL FREIGHT LINES, INC
43011 W MOHAVE ST
PHOENIX, AZ 85043

CENTRAL FREIGHT LINES, INC.
PO BOX 2638
WACO, TX 76702

CHEROKEE INSURANCE COMPANY ASO PAM TRANS
PO BOX 159
WARREN, MI 48090

CHOICE COPY SERVICES
P.O. BOX 62931
NEW ORLEANS, LA 70162

CHRISTIAN & SMALL LLP
505 20TH ST N
BIRMINGHAM, AL 35203

CIT (EQUIPMENT FINANCE)
21146 NETWORK PLACE
CHICAGO, IL 60673

CITY OF LUFKIN FIRE DEPT EMS
PO DRAWER 190
LUFKIN, TX 75902

CITY OF MINDEN UTILITIES DEPT
PO BOX 580
MINDEN, LA 71058

CITY OF PHILADELPHIA
PO BOX 41818
PHILADELPHIA, PA 19101

CIVEROLO, GRALOW, HILL & CURTIS
PO DRAWER 887
ALBUQUERQUE, NM 87103

CLASS A RECRUITING Daniel Alexander
761 VENICE ST
CENTERTON, AR 72719

CMA JONATHAN PEYTON
8180 YMCA PLAZA DR
BATON ROUGE, LA 70810

COBBS, ALLEN & HALL OF LA MIKE KNOTTS
2250 HOSPITAL DRIVE
BOSSIER CITY, LA 71111

COFFEE SPECIALTY WHOLESALE
431 N COMMON
SHREVEPORT, LA 71101

COMCAST SHREVEPORT
P.O. BOX 105184
ATLANTA, GA 30348

COMMAND TRANSPORTATION,LLC
7500 FRONTAGE RD
SKOKIE, IL 60077

COMMERCIAL FRAME & ALIGNMENT INC
6852 GREENWOOD ROAD
SHREVEPORT, LA 71149

COMMISSIONER OF TAXATION & FINANCE NYS T
P.O. BOX 15166
ALBANY, NY 12212

COMMUNITY COFFEE COMPANY, LLC VERONICA S
P.O. BOX 60141
NEW ORLEANS, LA 70160

COMPANY CLINIC OF LOUISIANA
PO BOX 5257
BOSSIER CITY, LA 71171

COMPUNET CREDIT SERVICES
PO BOX 844531
DALLAS, TX 75284

CONCENTRA MEDICAL CENTERS
6545 SOUTHWEST FWY
HOUSTON, TX 77074

COOK YANCEY KING & GALLOWAY INC. ROBERT
P.O. BOX 22260
SHREVEPORT, LA 71120

COUNTRY FINANCIAL SUBROGATION DEPT
PO BOX 2100
BLOOMINGTON, IL 61702

COWLEY COUNTY TREASURER'S OFFICE
P O BOX 744
WINFIELD, KS 67156

CRAFTSMEN TRAILER, LLC
3755 MUELLER ROAD
ST. CHARLES, MO 63301

CRANFILL SUMNER & HARTZOG LLP
PO BOX 27808
RALEIGH, NC 27611

CROWN TRUCK REPAIR
P.O. BOX 55186
HOUSTON, TX 77255

CRUM & FORSTER
305 MADISON AVE
MORRISTOWN, NJ 07960

CUSTARD INSURANCE ADJUSTERS INC
P.O. BOX 921329
NORCROSS, GA 30010

D & A ONSITE TESTING INC
401 SHILOH DR
LAREDO, TX 78045

D & J TRUCK REPAIR JAMES DAVID JUDY
P O BOX 3105
GEORGETOWN, SC 29442

D & K TRUCK REPAIR
P.O. BOX 544
CHARLESTON, MO 63834

D'S EMERGENCY SERVICES
106056 S. 4170 RD
CHECOTAH, OK 74426

D'S WRECKER SERVICE DEWAYNE L SMITH
106474 S. 4170 RD.
CHECOTAH, OK 74426

DAIMLER PINNACLE FLEET SOLUTIONS DAVID S
PO BOX 742294
ATLANTA, GA 30384

DALLAS TRAILER REPAIR CO.,INC.
2447 E.STATE HWY 356
IRVING, TX 75060

DAN'S TRUCK EQUIPMENT
8042 FREMONT PIKE
PERRYSBURG, OH 43551

DATA ASSOCIATES
280 BEARHILL ROAD
WALTHAM, MA 02451

DEAN'S SEPTIC SYSTEM Brandy Steward
6245 SMITH LANE
SHREVEPORT, LA 71107

DELAWARE DEPT OF TRANSPORTATION E-Z PASS
PO BOX 697
DOVER, DE 19903

DELTA OFFICE SUPPLY, INC.
P.O. BOX 897
WEST MEMPHIS, AR 72303

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 PIEDMONT RD.
ATLANTA, GA 30305

DEPARTMENT OF FINANCE AND ADMINISTRATION
P O BOX 896
LITTLE ROCK, AR 72203

DERRELL R SPURLOCK, II, O.D.
421 HOMER ROAD
MINDEN, LA 71055

DFW PHONE
6119A GREENVILLE AVE
#108
DALLAS, TX 75206

DICKINSON FLEET SERVICES,LLC
7717 SOLUTIONS CNTR
CHICAGO, IL 60677

DIESEL TRUCK REPAIR CO.,INC.
515 JONESBORO ROAD
WEST MONROE, LA 71292

DIXIE PAPER CO INC Robin Miller
PO BOX 1041
MINDEN, LA 71058

DOMTAR C/O 75357275 DEBBIE BURNS
395 DE MAISONNEUVE WEST
MONTREAL, BC H3A

DONNIE PLUNKS TOWING & RECOVERY, INC
243 STERLING AVE
WEST MONROE, LA 71292

DORCHEAT EMERGENCY PHYSICIANS
PO BOX 96838
LAS VEGAS, NV 89193

DPSC PUBLIC SAFETY
P.O. BOX 61047
NEW ORLEANS, LA 70161

DRAKE'S TOWING & RECOVERY
PO BOX 28
MADISONVILLE, TX 77864

DRUG AND ALCOHOL DETECTION NEIL TAYLOR
410 DOGWOOD ST
VIDALIA, LA 71373

DRUMM ENTERPRISES INC.
12 WAITE ST
GREENVILLE, SC 29607

EAST ARKANSAS AREA AGENCY ON AGING
PO BOX 5035
JONESBORO, AR 72403

EFAX CORPORATE YAJAIRA VALENCIA
PO BOX 51873
LOS ANGELES, CA 90051

ELITE SERVICE RECOVERY & TOWING
409 MCNABB ST
LAKE CHARLES, LA 70615

EMERGENCY POWER SYSTEMS
301 WILDOAK DRIVE
SHREVEPORT, LA 71106

EMPLOYMENT BACKGROUND INVESTIGATIONS INC
P.O. BOX 629
OWINGS MILLS, MD 21117

EXACTA INN
1404 SIBLEY RD
MINDEN, LA 71055

EXXONMOBIL PROCESSING CENTER
P.O. BOX 688938
DES MOINES, IA 50368

F & F AUTOMOTIVE INC
ROUTE 2 BOX 370
VALLIANT, OK 74764

FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987

FCC ENVIRONMENTAL, LLC
PO BOX 674156
DALLAS, TX 75267

FEDEX
P.O. BOX 660481
DALLAS, TX 75266

FINEMAN KREKSTEIN & HARRIS, P.C. Jay Har
1735 MARKET STREET
PHILADELPHIA, PA 19103

FIRE TECH SYSTEMS, INC Rob Rubel
721 N ASHLEY RIDGE LOOP
SHREVEPORT, LA 71106

FLEET CHARGE - LOCKBOX #930895 PAMELA WI
2001 NE 46TH ST
KANSAS CITY, MO 64116

FLEET EQUIPMENT LEASING
2505 FARRISVIEW BLVD
MEMPHIS, TN 38118

FLEET SOLUTION LLC SHELIA JAMES
401 WEST STEPHENSON
HARRISON, AR 72601

FLEETMASTER EXPRESS INC. Marisa C. Smith
PO BOX 12527
ROANOKE, VA 24026

FLEETMASTERS LLC
202 QUARRY RD SE
LANCASTER, OH 43130

FLEETPRIDE KAYCI BAILEY
P O BOX 847118
DALLAS, TX 75284

FORT BEND COUNTY TOLL ROLL AUTHORITY
PO BOX 9970
TRENTON, NJ 08650

FRANCISCAN ST JAMES
36211 EAGLY WAY
CHICAGO, IL 60678

FREDERICK LAW FIRM Kevin S. Fredrick
P.O. BOX 52880
LAFAYETTE, LA 70505

FRENCH CONNECTIONS CONSULTING GROUP, INC
385 HEATHER LANE
DRUMMONDS, TN 38023

GABLE GOTWALS
1100 ONEOK PLAZA
100 WEST 5TH STREET
TULSA, OK 74103

GARRETT GOUDEAU
1000 RIVERWALK BLVD
SHREVEPORT, LA 71105

GARZA'S TOWING
10521 WINROCK DR
LAREDO, TX 78045

GATEWAY TIRE & SERVICE CENTER Kimberly
6109 WEST 70TH ST.
SHREVEPORT, LA 71129

GE CAPITAL Timothy Moore
P.O. BOX 536447
ATLANTA, GA 30353

GEICO DIRECT ASO MARCELA PARTIDA
PO BOX 509105
SAN DIEGO, CA 92150

GIGLIO PLUMBING CO, INC
P.O. BOX 4219
SHREVEPORT, LA 71134

GLASSMAN, WYATT, TUTTLE & COX P.C. ATTOR
26 NORTH 2ND ST.
MEMPHIS, TN 38103

GRACE TRAILER SERVICE, LLC
P.O. BOX 2705
WEST MEMPHIS, AR 72303

GRAHAM TRUCK CENTERS
5804 TEXOMA PKWY
SHERMAN, TX 75090

GRAPHIC PACKAGING
1500 RIVEREDGE PKWY
ATLANTA, GA 30328

GREAT DANE TRAILERS
25768 NETWORK PLACE
CHICAGO, IL 60673

GREYHOUND TICKETS & MISC Lori Langley
24716 NETWORK PLACE
CHICAGO, IL 60673

GULF STATES ENVIRONMENTAL LABS
222 SPRING STREET
SHREVEPORT, LA 71101

GUY'S TOWING SERVICE
PO BOX 60816
LAFAYETTE, LA 70596

GXS, INC Joseph Bentz
PO BOX 31001-0828
PASADENA, CA 91110

HAIGHT BROWN & BONESTEEL LLP Peter A. Du
PO BOX 17939
LOS ANGELES, CA 90017

HAROLD'S TOWING AND RECOVERY
704 WOODS
WEST MEMPHIS, AR 72301

HARPER AUTO
P.O. BOX 917
MINDEN, LA 71055

HARRIS COUNTY TOLL ROAD AUTHORITY
PO BOX 4440
HOUSTON, TX 77210

HEALTHPORT
PO BOX 409875
ATLANTA, GA 30384

HEALTHY TRUCKER, LLC Ivy Horn
3420 MONTVALE DRIVE
GAINSEVILLE, GA 30506

HEBERT'S TOWN AND COUNTRY
405 INDUSTRIAL DRIVE
MINDEN, LA 71055

HERITAGE-CRYSTAL CLEAN Jazmin Ahumada
13621 COLLECTION CTR
CHICAGO, IL 60693

HIRERIGHT, LLC SHARON HAIR
PO BOX 847891
DALLAS, TX 75284

HODGES HEAVY DUTY TRUCK PARTS
PO BOX 668
RUSSLLVILLE, AR 72611

HOME DEPOT CREDIT SERVICES DEPT 32-25013
P.O. BOX 183176
COLUMBUS, OH 43218

HOMRICH'S GARAGE Daniel Homrich
1043 KING HIGHWAY
KALAMAZOO, MI 49001

HOWARD LUMBER & SUPPLY
P.O. BOX 918
MINDEN, LA 71058

IBM CORP Shamir Delgado R.
PO BOX 676673
DALLAS, TX 75267

ILLINOIS TOLLWAY CASH HANDLING DIV.
P.O. BOX 5544
CHICAGO, IL 60680

IMPERIAL SUPPLIES LLC Diane Fonder
P.O.BOX 23910
GREEN BAY, WI 54305

INDIANA RIVER TRANSPORT ATTN: WENDY BROO
2580 EXECUTIVE ROAD
WINTER HAVEN, FL 33884

INFINISOURCE INC ATTN: FINANCE DEPT
9350 SOUTH 150 E 300
SANDY, UT 84070

INGENIUM SOFTWARE, LLC
PO BOX 170
MADISON, GA 30650

INSLEY'S, INC.
4801 DOLLARWAY ROAD
PINE BLUFF, AR 71602

INSTANT IMAGING CORP.
1935 STONEBRIDGE RD
WEST BEND, WI 53095

INTERNATIONAL PAPER
1324 SOLUTIONS CENTR
CHICAGO, IL 60677

INTERSTAR FLEET SERVICES DALYA MUSTAFA
500 MEIJER DRIVE
FLORENCE, KY 41042

INTERSTATE BATTERIES OF RED RIVER German
1025 JACK WELLS BLVD
SHREVEPORT, LA 71107

ISAACS WRECKER SERVICE
13452 FM 206
TYLER, TX 75709

ISO SERVICES, INC. AMERICN INS SRVC GRP
P.O. BOX 27508
NEW YORK, NY 10087

J J KELLER & ASSOCIATES Julie Riehl
PO BOX 548
NEENAH, WI 54957

J.M. SMUCKER COMPANY C/O CONDATA GLOBAL
9830 W. 190TH
MOKENA, IL 60448

JACKSON TRUCK & TRAILER REPAIR OF LA
P.O. BOX 10215
JEFFERSON, LA 70181

JANI-KING OF MEMPHIS
609 RELIABILITY CIR
KNOXVILLE,TN, TN 37932

JANI-KING OF SHREVEPORT TIFFANY MARTIN
122 WEST PINE STREET
PONCHATOULA, LA 70454

JEAN SIMPSON PERSONNEL SERVICES, INC. TH
1318 SHVPORT-BKSDALE
SHREVEPORT, LA 71105

JEANETTE MCGILL & JOHNNY PHILLIPS
3535 PIEDMONT RD NE
ATLANTA, GA 30305

JETTECH FLEET SERVICES
11110 N. HOUSTON ROSSLYN ROAD
HOUSTON, TX 77088

JIMMIE'S FIRESTONE & SERVICE CENTER INC
6025 SOUTH SR 53
MADISON, FL 32340

JOHN & BRAD'S TRUCK & TRAILER
401 EAST PANOLA ST
MT. ENTERPRISE, TX 75681

JOHN FULLER
PO BOX 390
PISGAH, AL 35765

JORDAN ORR
3824 WHITNEY PALCE
DULUTH, GA 30096

KC SPOTTING
P.O. BOX 2026
OPELIKA, AL 36803

KEAN MILLER ATTORNEYS AT LAW Brian Carni
P.O. BOX 3513
BATON ROUGE, LA 70821

KEMP DESIGN JAMES KEMP
319 DENNIS DRIVE
MINDEN, LA 71055

KENT AUTOMOTIVE
PO BOX 809401
CHICAGO, IL 60680

KENWORTH OF SOUTH LOUISIANA LLC REGAN CL
P.O. BOX 1450
GRAY, LA 70359

KINCHEN, WALKER, BIENVENU,BARGAS & REED
9456 JEFFERSON HWY
BLDG 3 STE F
BATON ROUGE, LA 70809

KING'S REPAIR SERVICE
PO BOX 980
CARRIERE, MS 39425

KODAK ALARIS INC. Christine E. Dux
PO BOX 645094
PITTSBURG, PA 15264

KPMG LLP Russ Allsup
PO BOX 120754
DALLAS, TX 75312

LA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 4311
BATON ROUGE, LA 70821

LA DEPT OF PUBLIC SAFETY MOTOR SAFETY CA
PO BOX 66601 MS A32
BATON ROUGE, LA 70896

LA QUINTA INNS 0955 AIRPORT
6700 FINANCIAL CIRCL
SHREVEPORT, LA 71129

LA TECH SPORTS PROPERTIES Lane Robertson
PO BOX 843038
KANSAS CITY, MO 64184

LADD & THIGPEN, P.C.
235 S BROADWAY ST
TYLER, TX 75702

LAKESHORE UTILITY TRAILER INC
3235 MOLINE-MARTIN
MILLBURY, OH 43447

LAVERGNE'S TOWING & RECOVERY
9499 HWY 182
OPELOUSAS, LA 70570

LAWYER'S AID SERVICE INC
PO BOX 848
AUSTIN, TX 78767

LEGENDARY LAWN CARE SERVICES
174 HORSESHOE BRIDGE ROAD
DOYLINE, LA 71023

LET IT RIDE TRANSPORTATION
802 EAST 21ST STREET
ANDOVER, KS 67002

LIBERTY MUTUAL INS.
PO BOX 85307
SAN DIEGO, CA 92186

LIMON'S ROAD SERVICE, LTD
P.O. BOX 831214
SAN ANTONIO, TX 78283

LIN-MAR TOWING & RECOVERY LLC RON LUNDIN
5940 W. OAKTON ST
MORTON GROVE, IL 60053

LINCOLN FINANCIAL GROUP
ONE GRANITE PLACE
CONCORD, NH 03301

LOUISIANA DEPT. OF REVENUE
P.O. BOX 201
BATON ROUGE, LA 70821

LOUISIANA LIFT AND EQUIPMENT, INC
P O BOX 3869
SHREVEPORT, LA 71133

LOVE'S TRAVEL STOPS & COUNTRY STORES INC
10601 N.PENNSYLVANIA
OKLAHOMA CITY, OK 73120

LOWEN CORPORATION
1111 AIRPORT ROAD
HUTCHINSON, KS 67501

LUNN, IRION, SALLEY, CARLISLE & GARDNER
330 MARSHALL ST
SHREVEPORT, LA 71165

LUNN, IRION, SALLY, CARLISLE & GARDNER
330 MARSHALL ST
STE #500
SHREVEPORT, LA 71101

MAP TRANSPORT LLC
271 NE DECCIO RD
COLLEGE PLACE, WA 99324

MARTIN'S MECHANIC SVCS
P O BOX 747
MADISONVILLE, LA 70447

MARYLAND TRANSPORTATION AUTHORITY
PO BOX 17600
BALTIMORE, MD 21297

MATHEWS INDUSTRIES
534 GLENWOOD ST
BOSSIER CITY, LA 71111

MCCOLLISTER'S Jormor Caines
P. O. BOX 822685
PHILADELPHIA, PA 19182

MCCORKLE HEATING & A/C RONALD H MCCORKLE
P.O. BOX 65
MARION, AR 72364

MCGRIFF TIRE COMPANY INC
P.O. BOX 1148
CULLMAN, AL 35056

MEA MEDICAL CLINIC
308 CORPORATE DRIVE
RIDGELAND, MS 39157

MEDWORKS OCCUPATIONAL MED - JOHNSON CITY
PO BOX 3556
JOHNSON CITY, TN 37602

MERCEDES-BENZ FINANCIAL SERVICES MARTIN
P O BOX 5261
CAROL STREAM, IL 60197

METAL CONTAINER CORP
#1 BUSCH PLACE
ST. LOUIS, MO 63118

METRO TRAILER REPAIR
5817 CRESTWOOD CIRCLE WEST
NORTH RICHLAND HILLS, TX 76180

MHC FINANCIAL SERVICES INC VIC ALMERIDO
P.O. BOX 412582
KANSAS CITY, MO 64141

MHC KENWORTH - PARTS VIC ALMERIDO
P.O. BOX 879269
KANSAS CITY, MO 64187

MICHELIN NORTH AMERICA, INC. STACY GARRE
PO BOX 100860
ATLANTA, GA 30384

MID VALLEY TRAILER REPAIR,INC
2429 N VO TECH DR
WESLACO, TX 78596

MIDDLE GA FREIGHTLINER
6391 HAWKINSVILLE RD
MACON, GA 31216

MILLIS TRANSFER, INC
P.O. BOX 3416
LA CROSSE, WI 54602

MINDEN MEDICAL CENTER
#1 MEDICAL PLAZA
MINDEN, LA 71055

MITCHELL INTERNATIONAL INC. DEPT. 6946
PO BOX 846946
LOS ANGELES, CA 90084

MITCHELL'S W.NASHVILLE WRECKER
6311 CENTENNIAL BLVD
NASHVILLE, TN 37209

MOBILE HEALTH SERVICES LLC
301 REGENCY RIDGE RD
DAYTON, OH 45459

MOHAVE TRANSPORTATION INSURANCE AMANDA C
PO BOX 29243
PHEONIX, AZ 85038

MORRIS-ANDERSON & ASSOCIATES LTD
55 WEST MONROE ST
CHIGAGO, IL 60603

MOTEL 6/STUDIO 6
PO BOX 846175
DALLAS, TX 75284

MOURAD FIRE & SAFETY
336 BRAEBURN GLEN DR
MINDEN, LA 71055

MR GLASS MICHAEL MANN
6425 CORNWALL RD
HORN LAKE, MS 38637

MUSIC MOUNTAIN WATER
P.O. BOX 2252
BIRMINGHAM, AL 35246

MUSKET CORPORATION MONICA ALLEN
PO BOX 26210
OKLAHOMA CITY, OK 73120

MW TRANSPORT SYSTEMS, INC. ESTER
P.O. BOX 388077
CHICAGO, IL 60638

NAPA AUTO PARTS WEST MEMPHIS Sherrie Cle
PO BOX 698
MEMPHIS, TN 38101

NAPA MOTOR PARTS SERVICE OF MINDEN
720 HOMER RD
MINDEN, LA 71055

NATIONAL RESTAURANT SALES
1250 DALZELL
SHREVEPORT, LA 71103

NATIONWIDE INSURANCE ATTN:TRUST DEPART
1100 LOCUST ST
DES MOINES, IA 50391

NATIONWIDE INSURANCE CO
110 LOCUST ST
OKLAHOMA CITY, OK 73136

NAVISTAR LEASING
PO BOX 98454
CHICAGO, IL 60693

NEFF BROTHERS AUTOMOTIVE SERVICE INC.
3429 CONCORD ROAD
BEAUMONT, TX 77703

NESTLE WATERS NORTH AMERICA
7712 PENN DRIVE
BREINIGSVILLE, PA 18031

NEW IMAGE TOWING & RECOVERY
4780 OLD DIXIE HWY
FOREST PARK, GA 30297

NEW JERSEY TURNPIKE AUTHORITY
PO BOX 5042
WOODRIDGE, NJ 07095

NEW YORK STATE THRUWAY AUTHORITY
PO BOX 149003
STATEN ISLAND, NY 10314

NEW YORK STATE THRUWAY VIOLTN PRCSNG CNT
PO BOX 15186
ALBANY, NY 12212

NOLEN PAINT & BODY WORKS
P.O. BOX 394
COUSHATTA, LA 71019

NOLEN TOWING & RECOVERY
P.O. BOX 394
COUSHATTA, LA 71019

NORTH TEXAS TOLLWAY AUTHORITY
PO BOX 660244
DALLAS, TX 75266

NORTHSIDE TOWING ROY SCHNEIDER
541 N. 3RD ST
ALEXANDRIA, LA 71301

NOVUS JAMIE KOCHAKIAN
P.O. BOX 65027
SHREVEPORT, LA 71136

NUCOR STEEL
300 STEEL MILL RD
DARLINGTON, SC 29540

OCCUPATIONAL HEALTH CENTERS
P.O. BOX 9005
ADDISON, TX 75001

OCCUPATIONAL HEALTH CENTERS
PO BOX 31420
CLEVELAND, OH 44131

OCCUPATIONAL HEALTH CENTERS
P.O. BOX 488
LOMBARD, IL 60148

OCCUPATIONAL HEALTH CENTERS OF GEORGIA
P.O. BOX 82730
HAPEVILLE, GA 30354

OCCUPATIONAL HEALTH CENTERS OF LA
PO BOX 75430
OKLAHOMA CITY, OK 73147

OCCUPATIONAL MEDICINE CLINIC
3305 WEST PINHOOK RD
LAFAYETTE, LA 70508

OFFICE OF MOTOR VEHICLES
P.O. BOX 64866
BATON ROUGE, LA 70896

OMNITRACS OLA TAIWO
PO BOX 9001099
LOS ANGELES, CA 90074

ONE NETWORK ENTERPRISES, INC
4055 VALLEY VIEW LN
DALLAS, TX 75244

OPIS
P.O. BOX 9407
GAITHESBURG, MD 20898

OPTIMUM ALLIANCE, LLC Kathy
PO BOX 1434
BENTONVILLE, AR 72712

ORKIN, INC  (ARK)
3704 CARAWAY RD
JONESBORO, AR 72404

OUACHITA TRUCK & TRAILER JANET
2225 RUFFIN DR
MONROE, LA 71202

OWENS DIESEL SERVICE INC
2550 HWY 61 N
VICKSBURG, MS 39183

PACCAR FINANCIAL CORP JOEL PARMER
PO BOX 530491
ATLANTA, GA 30353

PARMAN ENERGY CORPORATION STACEY TEJEDA
PO BOX 197557
NASHVILLE, TN 37219

PAUL LASHLEY SUPPLY
624 AIRPORT DRIVE
SHREVEPORT, LA 71107

PCAT & ESPARZA & GARZA LLP
964 E. LOS EBANOS
BROWNSVILLE, TX 78520

PEACHTREE ORTHOPEDIC CLINIC
5505 PEACHTREE DUNWOODY RD
ATLANTA, GA 30342

PEE DE TRAILER SALES
2932 WEST BLACK CREEK RD.
FLORENCE, SC 29501

PEGASUS TRANSTECH Arnetha Nunn
4301 W BOY SCOUT BLV
TAMPA, TL 33607

PENNSYLVANIA TURNPIKE COMMISSION VIOLATI
8000 C DERRY ST
HARRISBURG, PA 17111

PETERBILT (COMMERCIAL BILLING)
P.O. BOX 2201
DECATUR, AL 35609

PIKEPASS CUSTOMER SERVICE CTR Kinh Le
P.O. BOX 268803
OKLAHOMA CITY, OK 73126

PILOT CORPORATION ATTN: CREDIT DEP DOROT
5500 LONAS RD
KNOXVILLE, TN 37909

PINNACLE TRAILER SALES - PARTS
PO BOX 1259
WILMINGTON, NC 28402

PITTS & SONS, INC
1850 SHELTON BEACH
SARALAND, AL 36571

PIXEL FUSION, LLC
1651 E. 70TH STREET
SHREVEPORT, LA 71105

PLUNK'S WRECKER SERVICE
108 JONESBORO RD
WEST MONROE, LA 71292

POLSINELLI PC
PO BOX 878681
KANSAS CITY, MO 64187

POP-A-LOCK
P.O. BOX 18102
SHREVEPORT, LA 71138

PRIORITY TOWING INC KYRA
PO BOX 541345
HOUSTON, TX 77254

PROFESSIONAL TRAILER REPAIR
7211 CESSNA DRIVE
GREENSBORO, NC 27409

PROPERTY CASUALTY ALLIANCE OF TEXAS
1004 MARBLE HEIGHTS DRIVE
MARBLE FALLS, TX 78654

QUIST, CONE & FISHER PLLC
2121 FIRST TENNESSEE PLAZA
KNOXVILLE, TN 37929

R & R EQUIP REPAIR
3372 N 433
PRYOR, OK 74361

RAND MCNALLY-TDM,INC. John Magill
75 REMITTANCE DR
CHICAGO, IL 60675

RANDALL-REILLY PUBLISHING CO.,LLC   BILL
P.O. BOX 2029
TUSCALOOSA, AL 35403

RANDSTAD US, LP Cindy Deller
P.O. BOX 2084
CAROL STREAM, IL 60132

RAWLINGS FINANCIAL SERVICES
PO BOX 2020
LAGARANGE, KY 40031

RAZORBACK CAB CO. BILLY FIELDS
37 POWERS LANE
PROCTOR, AR 72376

RBM, LLP
624 TRAVIS STREET
SHREVEPORT, LA 71101

REBECCA STACEY
306 N PERRIN
PLAIN DEALING, LA 71064

RED BALL OXYGEN
PO BOX 7316
SHREVEPORT, LA 71137

RELADYNE JANE ALLEN
PO BOX 958384
ST LOUIS, MO 63195

REPUBLIC SERVICES #975
PO BOX 9001099
LOUISVILLE, KY 40290

RESOURCEONE ADMIN (FEES) Pam Singer
PO BOX 707
TIFTON, GA 31794

RESOURCEONE ADMINISTRATORS INC Pam Singe
PO BOX 707
TIFTON, GA 31794

REXEL
14951 DALLAS PKWY
DALLAS, TX 75254

RICK'S TOWING & RECOVERY SERVICE, INC
3436 W. PINHOOK RD
LAFAYETTE, LA 70505

RICK'S TOWING, INC.
1900 S. 84TH ST.
MT. VERNON, IL 62864

RINCHUSO'S PLUMBING & HEATING, INC
801 W 70TH ST
SHREVEPORT, LA 71106

ROADSIDE TRAILER SERVICES,INC.
1188 PEARSHALL RD.
ST. LOUIS, MO 63137

ROBERTS,CUNNINGHAM,& STRIPLING Newt Cunn
PO BOX 25044
DALLAS, TX 75225

ROCK TENN
1901 MAIN STREET
WEST POINT, VA 23181

ROCK TENN
1765 N. ELSTON AVE
CHICAGO, IL 60642

ROCO TIRES
200 E. UNION STREET
MINDEN, LA 71055

RON'S TOWING - GULF COAST - ALL AMERICAN
PO BOX 6072
PASADENA, TX 77506

RONALD JOHNSON & ASSOC
24 W CENTER ST
MADISONVILLE, KY 42431

RUSTY'S TOWING SERVICE INC
4845 OBETZ REESE RD
COLUMBUS, OH 43207

SAFELITE FULFILLMENT, INC.
P.O. BOX 633197
CINCINNATI, OH 45263

SAGE SOFTWARE, INC
14855 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

SALAS MINOR EMERGENCY CENTER
1655 NE LOOP 286
PARIS, TX 75460

SANTA FE TOW SERVICE,INC
9125 ROSEHILL RD
LENEXA, KS 66215

SAXON FLEET SERVICES, INC.
P.O. BOX 6265
KINGWOOD, TX 77325

SCHNEIDER NATIONAL CARRIERS INC.
PO BOX 2777
GREEN BAY, WI 54306

SCOPELITIS, GARVIN, LIGHT, HANSON JOHN T
10 WEST MARKET,
INDIANAPOLIS, IN 46204

SENTENTIA GROUP
PO BOX 77279
BATON ROUGE, LA 70879

SHELLY F. TEMPLE
249 TEMPLE ROAD
RINGGOLD, LA 71068

SHELTER INSURANCE CO & JEREMY H. CHERRY
P.O. BOX 198985
NASHVILLE, TN 37219

SHRED-IT USA - MEMPHIS DEPT 78953
PO BOX 78000
DETROIT, MI 48278

SHREVEGO
6009 FINANCIAL PLAZA
SHREVEPORT, LA 71129

SHREVEPORT TRUCK CENTER
7300 GREENWOOD ROAD
SHREVEPORT, LA 71119

SIMMONS WRECKER SERVICE,INC.
7610 HWY 45 NORTH
MERIDAN, MS 39305

SIRIUS SATELLITE RADIO
88262 EXPEDITE WAY
CHICAGO, IL 60695

SIRIUS XM RADIO INC
P.O. BOX 78054
PHOENIX, AZ 85062

SMITH & CARSON
400 NORTHRIDGE RD
ATLANTA, GA 30350

SMITH TRUCK & TRAILER
P.O. BOX 3784
FT SMITH, AR 72913

SMITH-PETTY TROPHIES
200 E. KINGS HWY
SHREVEPORT, LA 71104

SMS DISTRIBUTIONS NANCY
1033 JACK WELLS BLVD
SHREVEPORT, LA 71107

SNIDER TIRE INC
P.O. BOX 751135
CHARLOTTE, NC 28275

SOUTHEASTERN PACKAGING COMPANY
2200 MULBERRY ROAD
HARRISBURG, NC 28075

SOUTHERN STATES UTILITY TRAILER SALES DI
P.O. BOX 6257
JACKSON, MS 39288

SOUTHERN TIRE MART, LLC
P.O. BOX 1000
MEMPHIS, TN 38148

SOUTHERN WAREHOUSING & DISTRIBUTION INC
PO BOX 8100
SAN ANTONIO, TX 78208

SQUYRES ELECTRIC
814 WOODMILL ROAD
HEFLIN, LA 71039

STANLEY W. GERRALD
5243 LAKE ISLAND LN
SHREVEPORT, LA 71107

STATE FARM / BEN H TULLOS AGE
2886 SOUTHLAND PARK
SHREVEPORT, LA 71108

STATE FARM SUBROGATION SERVICES
PO BOX 106172
ATLANTA, GA 30348

STUART'S INC OF SHREVEPORT
3642 YOUREE DRIVE
SHREVEPORT, LA 71105

STYLECRAFT INC Laurie Petitpas
1510 PONTIAC AVENUE
CRANSTON, RI 02920

SUBURBAN TOWING, INC.
1006 INDUSTRIAL BLVD
LOUISVILLE, KY 40219

SUNGOR TRANSPORTATION INC.
1437 E. EVERGREEN DR
PALATINE, IL 60074

SUPER 8 MOTEL
901 MARTIN LUTHER JR
WEST MEMPHIS, AR 72301

SUPERGLASS WINDSHIELD REPAIR DAX GABEL
PO BOX 52844
SHREVEPORT, LA 71135

SWIFT TRANSPORTATION
P.O. BOX 643956
CINCINNATI, OH 45264

T MILLER WRECKER SERVICE
621 E 10TH
AMARILLO, TX 79101

TA OPERATING LLC
PO BOX 641906
CINCINNATI, OH 45264

TARAC ENTERPRISES INC. RANDY TAREILO
2232 STAFFORD DR
ARLINGTON, TX 76012

TED'S WRECKER SERVICE
P.O. BOX 97
TRINITY, AL 35673

TEMPLE TOWING SERVICE INC.
3815 SHALLOW FORD WEST ROAD
TEMPLE, TX 76502

THE BERKMAN GROUP, INC WAYLON RAY MOODY
4011 OLD ADEL RD.
MOULTRIE, GA 31788

THE GOODYEAR TIRE & RUBBER CO. REBECCA M
PO BOX 277808
ATLANTA, GA 30384

THE J.M. SMUCKER CO.
1250 W. LASKEY
TOLEDO, OH 43612

THE NECK STEP LLC - DONALD W. LABORDE
2920 KNIGHT STREET
SHREVEPORT, LA 71105

THE SOUTHERN CO.,INC.
PO BOX 2059
MEMPHIS, TN 38101

THE SPINE CENTER
1130 BELTLINE RD
GARLAND, TX 75040

THYSSENKRUPP ELEVATOR CORP
P.O. BOX 933004
ATLANTA, GA 31193

TMW SYSTEMS, INC. BILL MONROE
P.O. BOX 203455
DALLAS, TX 75320

TOCCI & ASSOCIATES, INC.
5459 HUNNINGTON MILL DRIVE
FLOWERY BRANCH, GA 30542

TOW KING OF WACO
7191 BAGBY AVE
WACO, TX 76712

TRADING POST WRECKER SERVICE, INC
11168 BURGESS AVE
DENHAM SPRINGS, LA 70726

TRAILCO OF NORTH CAROLINA
8601 EAST CHURCH ST
HASTINGS, FL 32145

TRAILER DOCTOR SERVICES, INC.
1040 W FULLERTON AVE
ADDISON, IL 60101

TRANSFLO EXPRESS   LLC Daniel Urbizu
PO BOX 88322
MILWAUKEE, WI 53288

TRANSPORTATION PERFORMANCE
17330 W CENTER
OMAHA, NE 68130

TRUCKING JOBS,INC
5710 WATERMELON RD
NORTHPORT, AL 35473

TRUCKPRO
PO BOX 905044
CHARLOTTE, NC 28290

TUPELO WRECKER SERVICE, INC
1806 EAST MAIN ST
TUPELO, MS 38804

TXTAG
PO BOX 650749
DALLAS, TX 75265

UNIFIRST HOLDINGS INC. ELLEN PURDUE
3840 INDUSTRIAL CIR
BOSSIER CITY, LA 71112

UNISOURCE BUSINESS SERVICES, LLC
1825 VANDERHORN
MEMPHIS, TN 38134

UNITED ENGINES
P.O. BOX 731594
DALLAS, TX 75373

USA TRUCK REPAIR, INC.
P.O. BOX 202
RAYVILLE, LA 71225

UTILITY TRI-STATE, INC.
3372 N 433
TULSA, OK 74182

VANGUARD SYSTEMS INC
2901 DUTTON MILL RD
ASTON, PA 19014

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266

W&B SERVICE COMPANY - LONGVIEW Cassie Rh
4269 EAST US HWY 80
LONGVIEW, TX 75605

WABASH NATIONAL TRAILER CENTERS RBS CHAR
PO BOX 6306
CAROL STREAM, IL 60197

WALKER DALY, L.L.P.
3939 N CAUSEWAY BLVD
METAIRIE, LA 70002

WALKERS TOWING SERVICE
236 CENTER ST
BOWLING GREEN, KY 42101

WALLER PETROLEUM INC
PO BOX 577
MINDEN, LA 71058

WARD'S WRECKER SERVICE INC.
955 I-20 SOUTH FRONTAGE ROAD
JACKSON, MS 39204

WASTE MANAGEMENT
11 NE 23RD STREET
FT. WORTH, TX 76164

WEBSTER EMERGENCY GROUP, LLC
P.O. BOX 400
SAN ANTONIO, TX 78292

WEBSTER MACHINE WORKS
P.O. BOX 267
MINDEN, LA 71058

WEIL WRECKER
3400 2ND AVE S
BIRMINGHAM, AL 35222

WELSCO, INC.
P.O. BOX 52163
LAFAYETTE, LA 70505

WERNER ENTERPRISES
14507 FRONTIER ROAD
OMAHA, NE 68138

WEST VIRGINIA PARKWAYS AUTHORITY CUSTOME
P.O. BOX 1469
CHARLESTON, WV 25325

WESTERN EQUIPMENT FINANCE Lindell Longie
PO BOX 640
DEVILS LAKE, ND 58301

WHITE MOTOR CO INC
675 EATON ROAD
FORREST CITY, AL 72335

WHITING SYSTEMS INC JIMMY SORVILLO
9000 HWY 5 NORTH
ALEXANDER, AR 72002

WILSON STARTER GENER
PO BOX 1221
MINDEN, LA 71058

WINGFIELD HEATING AND AIR
2521 HWY 159
MINDEN, LA 71055

WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC CA
3085 BELLBROOK DR
MEMPHIS, TN 38116

WISEMANBRAY PLLC, IOLTA ATT TRUST
8001 Centerview Parkway
STE #103
MEMPHIS,, TN 38018

WORK KARE OF WILLIS-KNIGHTON
2724 GREENWOOD RD
SHREVEPORT, LA 71109

WORKWELL
110 LAYMN LANE
ELIZABETHTOWN, KY 42701

WORRELL BROS INC Howard Worrell
PO BOX 1823
SHREVEPORT, LA 71166

ZEE MEDICAL SERVICE COMPANY A-PLUS FRST
P.O. BOX 29099
SHREVEPORT, LA 71149

ZURICH NORTH AMERICA
8734 PAYSPHERE CRCLE
CHICAGO, IL 60674

ZURICH NORTH AMERICA
3093 PAYSPHERE CRCLE
CHICAGO, IL 60674