UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 16-40642 |
| | * | |
| TANGO TRANSPORT, LLC | * | CHAPTER 11 |
| d/b/a TANGO TRANSPORT, INC. | * | |
| | * | |
| DEBTOR. | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** of the appearance of Tristan Manthey of the firm of Heller, Draper, Patrick, Horn & Dabney, L.L.C., as counsel for Unofficial Committee of Unsecured Creditors, who hereby enters an appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that all notices, orders, judgments, requests, pleadings, applications, motions, complaints or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex, e-mail, or otherwise in the captioned case, be given to, and served upon the following:

Tristan Manthey
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
Telephone:  504-299-3300
Facsimile:  504-299-3399
E-mail:  tmanthey@hellerdraper.com

{00351572-1}

Dated:  April 8, 2016.

        Respectfully submitted,

        */s/Tristan Manthey*
        Tristan Manthey, TX State. Bar No. 24042731
        **Heller, Draper, Patrick, Horn & Dabney, L.LC.**
        650 Poydras Street, Suite 2500
        New Orleans, Louisiana 70130-6103
        Phone:  504-299-3399 / Fax:  504-299-3399
        E-mail:  tmanthey@hellerdraper.com
        *Counsel for Unofficial Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I, Tristan Manthey, counsel for Unofficial Committee of Unsecured Creditors, do hereby certify that I caused the above and foregoing *Notice of Appearance and Request for Notices* to be served on April 8, 2016, via the Court's ECF Notification System as follows:

- Keith William Harvey    harvey@keithharveylaw.com, lgraves@andersontobin.com
- US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV

And also served upon the following via Choice Professional Copy Service by First Class U.S. Mail, postage prepaid:

Applied Underwriters
c/o Michael Breum
10805 Old Mill Rd.
Omaha, NE 68154

Attic RRG
c/o John C. Bentz (J.C.)
111 N. Higgins Ave. Ste. 300A
Missoula, MT 59802

2

{00351572-1}

Blue Cross
Claims Accounting
c/o Barb Behn
515 Fall Winds
Dallas, TX 75265

Bowman Trailer Leasing
c/o Stacey Miller
PO Box 433
Williamsport, MD 21795

CAT Financial Capital Solutions
c/o Tom Cher
PO Box 905010
Charlotte, NC 28390

Cobbs, Allen & Hall of LA
c/o Mike Knotts
2250 Hospital Dr.
Bossier City, LA 71111

Fleet Charge
Lockbox #930895
c/o Pamela Wi
2001 ME 46tj St
Kansas City, MO 64116

Fleet Equipment Leasing
2505 Farrisview Blvd.
Memphis, TN 38118

GE Capital
c/o Timothy Moore
P.O. Box 5261
Atlanta, GA 30353

MHC Financial Services, Inc.
c/o Vic Almerido
PO Box 412582
Kansas City, MO 64141

Mercedes-Benz Financial
c/o Martin
PO Box 5261
Carol Stream, IL 60197

Michelin North America, Inc.
c/o Stacy Garre
P.O. Box 100860
Atlanta, GA 30384

Navistar Leasing
PO Box 98454
Chicago, IL 60693

Paccar Financial Corp.
c/o Joel Parmer
PO Box 530491
Atlanta, GA 30353

Pilot Corporation
Attn: Credit Dep Dorot
6500 Lonas Rd.
Knoxville, TN 37909

Roberts, Cunningham & Stripling
c/o Newt Cunningham
PO Box 25044
Dallas, TX 75225

Scopelitis, Garvin Light Hanson
10 W. Marker
Indianapolis, IN 46204

Rebecca Stacey
306 N Perrin
Plain Dealing, LA 71064

Brian Tolley
829 Detroit Ave.
Nederland, TX 77627

Zurich North America
8734 Paysphere Cr.
Chicago, IL 60674

  /s/ Tristan Manthey
Tristan Manthey